*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA GABRIEL,<br><br>        Plaintiff,<br><br>vs.<br><br>CLARK COUNTY COLLECTION SERVICE, LLC; DOES 1-10, inclusive,<br><br>        Defendants. | CASE NO. CV 12-626-GW(PLAx)<br><br>**ORDER RE: STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

Pursuant to the Stipulation, IT IS HEREBY ORDERED that the action, be dismissed with prejudice as to Defendant CLARK COUNTY COLLECTION SERVICE, LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED

DATED: May 31, 2012

                                                                                   
**GEORGE H. WU, U.S. District Judge**